# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTIAN WINDOM, *et al.*,

    Plaintiffs,

v.

DIANN BRANDON, *et al.*,

    Defendants.

Case No. 2:25-cv-00261-CDS-NJK

**Order**

    An answer was filed in state court prior to removal. Docket No. 1-5. The parties must file a joint proposed discovery plan by February 26, 2025.

    IT IS SO ORDERED.

    Dated: February 19, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge