UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Christian Windom, et al.,

        Plaintiffs

v.

Diann Brandon, et al.,

        Defendants

Case No.: 2:25-cv-00261-CDS-NJK

**Order Granting Plaintiffs' Motion for Extension of Time**

[ECF No. 14]

Plaintiffs Christian Windom and Haley Gale move under Federal Rule of Civil Procedure 6(b)(1)(A) for a one-week extension of time to respond to defendant Gilmore Warren's motion to enforce settlement. Mot., ECF No. 14. Their response was due on April 29, 2025.

Rule 6(b)(1)(A) states that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires[.]" In support of their request, plaintiffs submit the declaration of counsel, Michael Rawlings, who represents that an unexpected family emergency arose which required his time and attention. ECF No. 14 at 2, ¶ 3. As a result, he states that, the mid-week emergency caused a delay with his compliance with the deadline. *Id.* Rawlings avers that he emailed opposing counsel requesting a one-week extension, but he "did not hear back from Mark Gentile, Esq." [1] *Id.* at ¶ 6. Warren has not filed an opposition to the plaintiffs' motion. Because plaintiffs' counsel could not have reasonably foreseen his family emergency, and because I find that a seven-day extension is no particular risk of prejudice to Warren, I grant the plaintiffs' request for an extension of time to ensure that the motion to enforcement settlement is resolved on its merits.

---

[1] Although counsel "did not hear back from Mark Gentile, Esq., necessitating this motion," the court notes that Warren is represented by, and the motion was filed by, Phillip Emerson and Cody Pan of Emerson Law Group. ECF No. 12.

## Conclusion

IT IS HEREBY ORDERED that plaintiffs' motion for extension of time **[ECF No. 14]** is **GRANTED**, therefore their response to Warren's motion to enforce settlement is extended to May 5, 2025.

Dated: May 1, 2025

_____
Cristina D. Silva
United States District Judge