**PHILLIP R. EMERSON, ESQ.**
Nevada Bar No. 5940
**CODY PAN, ESQ.**
Nevada Bar No. 16600
**EMERSON LAW GROUP**
1055 Whitney Ranch Drive, Suite 120
Henderson, Nevada 89014
receptionist@emersonlawgroup.com
Attorneys for Defendant,
*GILMORE WARREN II*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN WINDOM, individually; and HALEY GALE, individually ) ) ) ) | Case No. 2:25-cv-00261-CDS-NJK |
| Plaintiffs ) ) | |
| GILMORE WARREN II, individually; DIANN BRANDON, individually; PV HOLDING CORP., a foreign corporation; DOE DEFENDANTS 1-10; and ROE BUSINESS ENTITIES 1-10 inclusive, ) ) ) ) ) ) ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, GILMORE WARREN II, ONLY** |
| Defendants ) | |

*EMERSON LAW GROUP*
ATTORNEYS AT LAW
1055 WHITNEY RANCH DRIVE, SUITE 120
HENDERSON, NEVADA 89014
TELEPHONE: (702) 384-9444 ❧ TELEFAX: (702) 384-9447

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, GILMORE WARREN II, ONLY**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel herein, that the above-entitled matter be dismissed with prejudice as to Defendant, GILMORE WARREN II, only.

Dated: January 15, 2026

By: /s/ Phillip R. Emerson
PHILLIP R. EMERSON, ESQ.
Nevada Bar No. 5940
EMERSON LAW GROUP
Attorneys for Defendant,
*GILMORE WARREN, II*

Dated: August 7, 2025

By:/s/ Scott W. Ulm
SCOTT W. ULM, ESQ.
Nevada Bar No. 12652
DIMOPOULOS INJURY LAW
Attorney for Plaintiffs,
*HALEY GALE and CHRISTIAN WINDOM*

Dated: January 14, 2026

By: /s/ Michael R. Smith
MICHAEL R. SMITH, ESQ.
Nevada Bar No. 12641
LEWIS BRISBOIS BISGAARD
& SMITH LLP
Attorneys for Defendant,
*PV HOLDING CORPARTION*

Dated: July 28, 2025

By: /s/ Griffith H. Hayes
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7375
TYSON & MENDES, LLP
Attorneys for Defendant,
*DIANN BRANDON*

Based on the parties' stipulation, Gilmore Warren II is dismissed with prejudice, with each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 20, 2026

EMERSON LAW GROUP
ATTORNEYS AT LAW
1055 WHITNEY RANCH DRIVE, SUITE 120
HENDERSON, NEVADA 89014
TELEPHONE: (702) 384-9444 ❦ TELEFAX: (702) 384-9447

2